In the Matter of MANHATTAN AND QUEENS BUS CORPORATION, Appellant, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.

Argued January 13, 1947; decided February 28, 1947.

902

*Walter R. Hart* for appellant.

*Philip Halpern, Philip Hodes, George H. Kenny* and *Samuel R. Madison* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.